IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JANE RHODES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANLEY BOSTITCH,<br><br>　　　　Defendant.　　　　　　　　／ | No. C -13-00578 EDL<br><br>**ORDER** |

　　　　On May 17, 2013, the Court filed an Order Granting Defendant's Motion to Dismiss, Denying as Moot Plaintiff's Motion for Summary Judgment and Denying as Moot Plaintiff's Motion to Transfer Venue. Also on May 17, 2013, the Court entered judgment in this case.

　　　　On May 23, 2013 and May 30, 2013, Plaintiff filed two pleadings that the Court construed as Motions for Leave to File a Motion for Reconsideration. On June 6, 2013, the Court issued an Order denying the Motion for Leave to File a Motion for Reconsideration.

　　　　Since May 30, 2013, Plaintiff has filed two additional documents, one on June 6, 2013 and one on June 13, 2013. Those documents purport to respond to the Court's May 17, 2013 and June 6, 2013 Orders, and reiterate the facts of her case as contained in earlier pleadings.

　　　　Plaintiff's case is closed. The Court will not accept any more filings in this case.

　　　　IT IS SO ORDERED.

Dated: June 24, 2013

　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge